IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TERESA GARRISON PRATT,** *et al.*, | ) ) ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) ) Case No. 24-CV-452-GLJ |
| **CALYX ENERGY III, LLC,** *et al.*, | ) ) ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the Opinion and Order entered contemporaneously herewith [Docket No. 67] granting Defendants' Motion to Dismiss Plaintiffs' Amended Class-Action Complaint [Docket No. 56], the Court hereby renders judgment in favor of Defendants and against Plaintiffs pursuant to Fed R. Civ. P. 58(a).

**IT IS SO ORDERED** this 18th day of December 2025.

**GERALD L. JACKSON**
**UNITED STATED MAGISTRATE JUDGE**